**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR66** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **QUINCY LOUIS, D'JUAN BEVERLYJR.,** | ) | **ORDER** |
| **ADRIONNA LEEPER, and FAYE** | ) | |
| **HARDESTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant, Adrionna Leeper's Unopposed Motion to Continue Trial [106]. Counsel needs additional time to confer with client, conduct plea negotiations, and/or prepare for trial. Counsel for the co-defendants indicate they do not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [106] is granted, as follows:

1.    The jury trial, **for all defendants**, now set for November 28, 2022, is continued to **February 28, 2023.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **February 28, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.    A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **November 23, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: November 18, 2022.**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**