IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR66 |
| vs. | ) | |
| QUINCY LOUIS and ADRIONNA LEEPER, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant, Quincy Louis' unopposed Motion to Continue Trial [123]. Counsel needs additional time as the parties are working toward a plea agreement to settle this matter without trial. Plaintiff's counsel and co-defendant Leeper's counsel do not oppose the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [123] is granted, as follows:

1. The jury trial, **for both defendants**, now set for May 8, 2023, is continued to **August 7, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 7, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** May 4, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**