IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>QUINCY LOUIS,<br>ADRIONNA LEEPER,<br><br>　　　　　Defendants. | 8:22CR66<br><br>SUBSTITUTION OF COUNSEL |

The United States hereby notifies the Court of the substitution of Kimberly C. Bunjer, Assistant United States Attorney, as counsel for the United States in this matter, replacing Leslie Woods, who is no longer with this office.

Please direct all future pleadings and correspondence to the undersigned.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　SUSAN T. LEHR
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　s/Kimberly C. Bunjer
　　　　　　　　　　By:　KIMBERLY C. BUNJER #20962
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　Omaha, Nebraska 68102-1506
　　　　　　　　　　　　　(402) 661-3700

CERTIFICATE OF SERVICE

　　I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

　　　　　　　　　　　　　　　　　　　　s/Kimberly C. Bunjer
　　　　　　　　　　　　　　　　　　　　KIMBERLY C. BUNJER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney